AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

U.S. MARSHAL-DC PM3:41
RECEIVED MAY 5 '22

United States of America
v.

KEONTE LEWIS

)
)
)  Case No.
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    KEONTE LEWIS                                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) - UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA;
18 U.S.C. § 924(c)(1) - USING, CARRYING, AND POSSESSING A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE

Date: 05/05/2022

2022.05.05
13:06:10 -04'00'

*Issuing officer's signature*

City and state:    WASHINGTON, DC                           ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
                                                                                                           *Printed name and title*

---

### Return

This warrant was received on *(date)*  5/5/22 , and the person was arrested on *(date)*  5/5/22
at *(city and state)*  Washington, D.C.

Date:  5/6/22

*Arresting officer's signature*

Nathan Wolfe  DUSM
*Printed name and title*